UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARRY C. HONIG, GRQ CONSULTANTS, INC., GRQ CONSULTANTS, INC. 401K, GRQ CONSULTANTS, INC. ROTH 401K FBO BARRY HONIG, GRQ CONSULTANTS, INC. ROTH 401K FBO RENEE HONIG, HS CONTRARIAN INVESTMENTS, LLC, ROBERT S. COLMAN, and ROBERT S. COLMAN TRUST UDT 3/13/85,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DAVID HANSEN and GREGORY P. HANSON,<br><br>Defendants. | Case No. 1:20-cv-05872-AKH (Lead Case)<br><br>**GRANDER PLAINTIFFS' NOTICE OF MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |
| GRANDER HOLDINGS, INC., GRANDER HOLDINGS, INC. 401K PSP, BRAUSER FAMILY TRUST 2008, MICHAEL BRAUSER, DANIEL BRAUSER, BENJAMIN BRAUSER, GREGORY BRAUSER, and JOSHUA BRAUSER,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DAVID HANSEN and GREGORY P. HANSON,<br><br>Defendants. | Case No. 1:20-cv-08618-AKH |

**PLEASE TAKE NOTICE THAT**, upon the accompanying Memorandum of Law in Support and Declaration of Justin B. Kaplan, Plaintiffs, Grander Holdings, Inc., Grander Holdings, Inc. 401K PSP, Brauser Family Trust 2008, Michael Brauser, Daniel Brauser, Benjamin Brauser,

Gregory Brauser, and Joshua Brauser, through undersigned counsel and pursuant to Federal Rules of Civil Procedure 15(a) and Local Civil Rule 6.3, shall move before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, Courtroom 14D, New York, New York 10007, on a date and time to be determined by the Court, will and hereby do move to grant Plaintiffs leave to file their Proposed Sixth Amended Complaint.

Dated: May 25, 2022
       Miami, Florida

                                              Respectfully submitted,

                                              **NELSON MULLINS RILEY & SCARBOROUGH**
                                              *Attorneys for Plaintiffs*
                                              2 South Biscayne Blvd.
                                              21st Floor
                                              Miami, Florida 33131
                                              Tel: (305) 373-9436
                                              Fax: (305) 373-9443

                                              By: */s/ Justin B. Kaplan*
                                              Fla. Bar No. 0033725
                                              *Justin.Kaplan@nelsonmullins.com*
                                              *(Admitted pro hac vice)*